Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

___3rd_____ Division

RECEIVED BY MAIL

APR 0 1 2019

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

David Richard Kostuch

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 19-897 MJD/HB
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

see attached

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   |   |   |
   |---|---|
   | Name | David Richard Kostuch |
   | Street Address | 1078 Reaney Avenue #2 |
   | City and County | Saint Paul, Ramey County |
   | State and Zip Code | Minnesota, 55106-3919 |
   | Telephone Number | (651)368-7939 |
   | E-mail Address | kosdvdr@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

SCANNED
APR 0 1 2019
U.S. DISTRICT COURT MPLS

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Laurie Leabhart |
| Job or Title *(if known)* | Certified Nurse Practioner |
| Street Address | 2312 S 6th St Ste F275 |
| City and County | Minneapolis, Hennepin |
| State and Zip Code | Minnesota, 55454 |
| Telephone Number | (612) 273-8700 |
| E-mail Address *(if known)* | umphysicians.umn.edu |

Defendant No. 2

| | |
|---|---|
| Name | Rodelio Bucu |
| Job or Title *(if known)* | Doctor |
| Street Address | 8675 Valley Creek Rd. |
| City and County | Woodbury, Washington County |
| State and Zip Code | Minnesota, 55125 |
| Telephone Number | (651)241-3000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Alex |
| Job or Title *(if known)* | Human Service Technician |
| Street Address | 7590 Lyric Lane NE |
| City and County | Fridley, Anoka |
| State and Zip Code | Minnesota, 55432 |
| Telephone Number | (612)874-6409 |
| E-mail Address *(if known)* | info@touchstonemh.org |

Defendant No. 4

| | |
|---|---|
| Name | Alec |
| Job or Title *(if known)* | Human Service Technician |
| Street Address | 7590 Lyric Lane NE |
| City and County | Fridley, Anoka |
| State and Zip Code | Minnesota, 55432 |
| Telephone Number | (612)874-6409 |
| E-mail Address *(if known)* | info@touchstonemh.org |

Defendant No. 5
Name                              Christopher Foss
Job or Title *(if known)*         *Doctor*
Street Address                    8675 Valley Creek Rd.
City and County                   Woodbury, Washington County
State and Zip Code                Minnesota, 55125
Telephone Number                  (651) 241-3000
E-mail Address *(if known)*

Defendant No. 6
Name                              Paul Joseph Kostuch
Job or Title *(if known)*
Street Address                    3301 7th Ave.
City and County                   Anoka, Anoka
State and Zip Code                Minnesota, 55303
Telephone Number                  (651)431-5000
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The 13th Amendment of the US Constitution. My US Constitutional right to privacy.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am being used too work for no pay. My right to privacy is being violated. It is actually more people, over time I am unable to find peoples addresses. The harm started in 1976, and, I do not know who started it. Recently, I have been able to find out that currently Paul Joseph Kostuch is watching me on camera and using me for work. Last summer, two employees, Alex and Alec from Touchstone Mental Health were doing the same. Some time within a year or two after 2006, Dr. Christopher Foss was doing the same. Around the same time Dr. Rodelio Bucu was doing the same. Within a year or two of 2006 Laurie Leabhart was doing the same. (1 page attached)

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask relief of not being watched on camera. I still feel pain from being watched on camera by Paul Joseph Kostuch. I ask in payment one sextillion. The basis for the money is that I have been used with out permission: to be watched and used for other peoples problems for over 42 years. How I know they are other peoples problems are that the pain I feel is absurdly beyond what I should feel. My Father, Joseph Paul Kostuch weights much more than me. My Father has fallen recently and had stitches in his head and says that does not hurt. I have no injuries and hurt extreme. The basis for not being watched, is I have a right to privacy.

Page 4 of 5

Claim attachment

Laurie Leabhart was also playing a game on a computer when I entered her office, when she got so to speak "a positive score on the game", I hurt. Currently Paul Joseph Kostuch is doing the same.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 27, 2019

Signature of Plaintiff       *David R. Kostuch*
Printed Name of Plaintiff    David Richard Kostuch

B. **For Attorneys**

Date of signing: _____

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Street Address               _____
State and Zip Code           _____
Telephone Number             _____
E-mail Address               _____

Defendant No. 2
Rodelio Bucu
Washington

Defendant No. 3
Alex
Anoka

Defendant No. 4
Alec
Anoka

Defendant No. 5
Christopher Foss
Washington

Defendant No. 6
Paul Joseph Kostuch
Anoka